IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YOLANDA M. WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1510-RP |
| AUSTIN POLICE DEPARTMENT, | § § § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning concerning Plaintiff Yolanda M. Williams's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 5). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on January 5, 2024. (*Id.*). Plaintiff filed an amended complaint, (Dkt. 8), which the Court has reviewed, and a motion to reinstate case, (Dkt. 9), which the Court construes as Plaintiff's objections to the report and recommendation even though the motion was untimely.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 5), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on March 6, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE